CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

PERKINS COIE LLP
Eudeen Y. Chang, Bar No. 211721
EChang@perkinscoie.com
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799

Aaron J. Ver, Bar No. 295409
AVer@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050
Attorneys for Defendants
Annie Wang and Bill Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | **Case No.** 3:21-cv-05371-EMC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO EXTEND DATE FOR FILING DISMISSAL |
| ANNIE WANG; BILL WANG, | |
| Defendants, | |

1

Plaintiff Orlando Garcia ("Plaintiff") and Defendants Annie Wang; Bill Wang ("Defendants") hereby stipulate to extend the deadline to file Dismissal to April 14, 2022. The parties are yet to finalize the terms of the settlement agreement hence the additional time is required to finalize the Agreement, collect the signatures and to comply with the terms of Agreement.

Dated: March 15, 2022          CENTER FOR DISABILITY ACCESS

                               By:    /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff

Dated: March 15, 2022          PERKINS COIE LLP


                               By:    /s/ Aaron J. Ver
                                      Eudeen Y. Chang
                                      Aaron J. Ver
                                      Attorneys for Defendants
                                      Annie Wang and Bill Wang

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Aaron J. Ver, counsel for Annie Wang and Bill Wang, and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 15, 2022          CENTER FOR DISABILITY ACCESS

                        By:     /s/ Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff